**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Daniel J. Bardzell, SBN 313993
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant STEVE JACOBSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ALEO JOHN PONTILLO II, | CASE NO. 1:16-cv-001834-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | |
| COUNTY OF STANISLAUS, BIRGIT FLADAGER, DAVID HARRIS, JON REINECCIUS, STEVE JACOBSON, ALICE MIMMS, ADAM CHRISITANSON, CITY OF MODESTO. | (Doc. 63) |
| Defendants. | |

Defendant STEVE JACOBSON and Plaintiff ALEO JOHN PONTILLO II hereby respectfully request that the Court modify the Scheduling Order (Doc No.62) for the reasons set forth below, which the parties believe constitutes good cause (as is explained in this Stipulation).

The Scheduling Order states that dispositive motions are to be heard on July 16, 2019 and a Settlement Conference be set for May 7, 2019. Defendant anticipates filing a dispositive motion which may resolve the case. Thus, Defendant submits settlement is not likely prior to any ruling on same, and thus it will not be fruitful or in the interest of judicial economy to hold a settlement conference prior the ruling on the dispositive motion. Accordingly, Defendant submits that the Settlement Conference should be continued until after the ruling on any dispositive motions.

Plaintiff does not object to these modification of the Scheduling Order.

The parties therefore stipulate to continue the Settlement Conference date until after the dispositive motion hearing of July 16, 2019.

**IT IS SO STIPULATED:**

Dated: April 1, 2019
PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ John R. Whitefleet
John R. Whitefleet
Daniel J. Bardzell
Attorneys for Defendant
STEVE JACOBSON

Dated: April 1, 2019
PLAINTIFF PRO PER

By: /s/ Aleo John Pontillo II (*authorized on 03/29/19*)
Aleo John Pontillo II

## **ORDER**

Pursuant to the parties' above stipulation, and with good cause shown, the Court HEREBY ORDERS that the Settlement Conference, currently set for May 7, 2019, is CONTINUED to August 13, 2019, at 10:00 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. All other remaining dates in the Scheduling Order (Doc. 62), remain unchanged.

IT IS SO ORDERED.

Dated: **April 1, 2019**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**